UNITED STATES of America,
Plaintiff–Appellee,

v.

Hugo BALTAZAR FERNANDEZ, a.k.a. Hugo Alberto Baltazar a.k.a. Hugh Baltazar Fernandez, a.k.a. Hugo Alberto Baltazar–Fernandez, a.k.a. Ivan Baltizar, a.k.a. Julio Perez, Defendant–Appellant.

No. 07–14286
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 3, 2008.

E. Bryan Wilson, Tallahassee, FL, Gregory Robert Miller, U.S. Attorney, Tallahassee, FL, for Plaintiff–Appellee.

Michael Robert Ufferman, Michael Ufferman Law Firm, P.A., Tallahassee, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Hugo Baltazar Fernandez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Fernandez's convictions and sentences are **AFFIRMED.**